**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

| IN RE: | CASE NO. 09-37091-RBR |
|---|---|
| GULFSTREAM CRANE, LLC, | CHAPTER 11 |
| Debtor. | |

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession, GULFSTREAM CRANE, LLS, a Florida limited liability company, files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1.    Date of Order for Relief under Chapter 11 (filing date of petition if voluntary chapter 11 petition):

       December 8, 2009

2.    Names, case numbers and dates of Filing of related debtors:

       None.

3.    Description of Debtor's Business:

       The Debtor is engaged in the business of supplying and renting, crane, hoist, rigging and other related equipment.  The Debtor owns a large portfolio of equipment which, at any given time, is leased or supplied to primarily general contractors in connection with construction projects throughout the Southeast United States, Texas and Nevada.   The equipment includes hoists, tower cranes, crawlers, rigging and trucking.

4.    Locations of debtor's operations and whether the business premises are leased or owned:

       The Debtor operates and maintains the following facilities:

       (a)    Corporate headquarters.
              1360 N.W. 33rd Street
              Pompano Beach, Florida
              7.8 acres of office, storage, fabrication and maintenance facilities.
              The premises are leased.

(b)     Georgia operations
        7735 Bishop Road
        Fairburn, Georgia
        18 acres of office, maintenance, and storage facilities.
        The premises are leased.

(c)     Texas operations
        4000 Oates Road
        Houston, Texas
        9.1 acres of office, maintenance and storage facilities.
        The premises are leased.

5.  Reasons for filing Chapter 11:

Due to the economic downturn and severe impact on the construction industry, the demand for the Debtor's equipment has decreased. Moreover, the Debtor's collections of accounts receivable have slowed and some account debtors owing the Debtor have sought bankruptcy protection. The foregoing have resulted in defaults under loan documents with lenders and the commencement of litigation by lenders in an effort to obtain possession of equipment.

6.  List of officers and directors, if applicable, and their salaries and benefits at the time of filing during the 1 year prior to filing:

Jason Retterath
Salary: (a) Petition Date: * being negotiated
        (b) The salary has been reduced during the past year from $500,000.00 and then to $345,000.00.
        (c) Other benefits include medical and dental (total of $9,600.00 per year), 401K and leased vehicle (approx. $766.00 per month).

Jim Robertson
Salary: (a) Petition Date: * being negotiated
        (b) The salary has been reduced during the past year from $500,000.00 and then to $345,000.00.
        (c) Other benefits include medical and dental (total of $9,600.00 per month, 401K and leased vehicle (approx. $177.00 per month).

7.  Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:

2007:  $28,000,000.00
2008:  $41,000,000.00
2009:  $26,208.024.00 (through November 30)

2

8.   Amounts owed to various creditors:

  a.   Obligations owed to priority creditors including priority tax obligations:

  Sales and payroll taxes for November 2009.  Approximately $34,307.00.

  Wages owed in the amount of approximately $284,000.00.

  b.   With respect to creditors holding secured claims, the names of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims; and

  See attached Exhibit "A".

  Amount of unsecured claims:

  Approximately $2,900,000.00.

9.   General description and approximate value of the debtor's assets:

  Equipment consists of tower cranes, mobile and crawler cranes, construction elevators, crane components, tractors and forklifts, vehicles, and furniture and office equipment.

  The "net book value" of the assets is $79,161,605.00.  This does not reflect fair market value.

10.   List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires:

  See attached Exhibit "B"

11.   Number of employees and amounts of wages owed as of petition date:

|          |     |
|----------|-----|
| Florida: | 64  |
| Georgia: | 7   |
| Texas:   | 56  |

  Total:  127

12.   Status of debtor's payroll and sates toc obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 208 M(A).

  The Debtor is current on sales and payroll taxes.  The only amounts outstanding are for the current periods (a) Texas and Florida for November, 2009, and (b) 4th Q 2009 for Georgia.  Sales taxes for

3

Florida and Texas are paid monthly.  Sales taxes for Georgia are paid quarterly.  Payroll taxes are paid through the payroll service.

13.  Anticipated emergency relief to be requested within 14 days from the petition date.

     a.     Application to Retain Counsel for the Debtor;

     b.     Motion for An Order Authorizing, but not Directing, the Debtor to Pay Prepetition Wages, Compensation and Employee Benefits Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code;

     c.     Motion for Order (A) Deeming Utilities Adequately Assured of Future Performance, and (B) Establishing Procedures for Determining Adequate Assurances Pursuant to Sectin 366(b) of the Bankruptcy Code;

     d.     Motion for Order Authorizing Continued Use of (A) Cash Management System, and (B) Existing Business Forms;

     e.     Motion for Order Authorizing Use of Cash Collateral; and

     f.     Motion for Order (A) Authorizing, but not Requiring, the Debtor to Remit and Pay Sales, Use and Franchise Taxes and Certain Other Government Charges, and (B) Authorizing Financial Institutions to Receive, Process, Honor and Pay Checks Issued and Electronic Payment Requests Relating to the Foregoing

| | |
|---|---|
| | GULFSTREAM CRANE, LLC<br><br>By: _____<br>    Jason Retterath<br>Its: _MANAGING MEMBER._ |

4

18430278v1 906164 72100