## GULFSTREAM CRANE, LLC

## CASE NO. 09-37091-RBR

## NOTES TO AMENDED SCHEDULES

1.    The valuation of the automobiles, other vehicles, office equipment and supplies, and inventory listed on Schedule B is the Debtor's book value.  The Debtor reserves the right to amend the value for reasons including, without limitation, a valuation(s) or appraisal(s) of the assets during these Chapter 11 proceedings.

2.    The accounts listed in response to Schedule B-2 have been closed and "debtor-in-possession" accounts have been opened and are being maintained.

3.    Exhibit E to Schedule E represent the payroll registers for the periods (a) 11/29/09 through 12/05/09 ("Period A"), and (b) 12/08/09 through 12/12/09 ("Period B").  The amounts entitled to priority represent Period A and 12/6/09 through 12/8/09 of Period B.  All of the foregoing amounts have been paid with the authorization of the United States Bankruptcy Court.

5.    All amounts disclosed in the Schedules are provided to the best of the Debtor's knowledge, information and belief.  The Debtor reserves the right to amend the Schedules including, without limitation, the right to amend the estimated book values of personal property disclosed on Schedule B.

6.    The amounts disclosed in response to Schedules D and F are without prejudice to the rights of the Debtor to object to any claims or to pursue any actions, including, without limitation, actions pursuant to Chapter 5 of the Bankruptcy Code.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

In re  Gulfstream Crane, LLC                    ,          Case No.  09-37091-RBR

                              Debtor

                                                          Chapter  11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 46 | $ 80,592,722.00 | | |
| C - Property Claimed as Exempt | | | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $ 80,939,175.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $ 337,190.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 39 | | $ 2,879,377.14 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtors(s) | No | | | | $ |
| TOTAL | | | $ 80,592,722.00 | $ 84,155,742.14 | |

B6A (Official Form 6A) (12/07)

In re  Gulfstream Crane, LLC_____,          Case No. 09-37091-RBR_____
                    **Debtor**                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |

Total➤

(Report also on Summary of Schedules.)

B 6B (Official Form 6B) (12/07)

In re  Gulfstream Crane, LLC                    ,          Case No.  09-37091-RBR
                  **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | Gulfstream Crane, LLC | | 1,631.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | See attached Exhibit "A" | | 450,369.47 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | See attached Exhibit "B" | | 43,336.83 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s).  11 U.S.C. § 521(c).) | X | | | |

# GULFSTREAM CRANE, LLC

## CASE NO. 09-37091-RBR

### Exhibit "A"

### Schedule B-2

| NO | BANK | NAME / TYPE | A/C NO | BAL 12/8/09 |
|----|------|-------------|--------|-------------|
| 1 | BANK OF AMERICA | General Fund Account | XXXX 4490 | $ 28,249.88 |
| 2 | BANK OF AMERICA | Operating Account | XXXX 4728 | $ 6,437.73 |
| 3 | BANK OF AMERICA | Payroll Account | XXXX 4715 | $ 23.35 |
| 4 | BANK OF AMERICA | Capital Expenditures Account | XXXX 4500 | $ 4.63 |
| 5 | BANK OF AMERICA | 401(K) Account | XXXX 4702 | $ 0.43 |
| 6 | WACHOVIA (WELLS FARGO) | BUSINESS CHECKING | XXXX 0720 | $ - |
| 7 | CITIBANK, N.A. | General Fund Account | XXXX 0556 | $ 250,756.52 |
| 8 | CITIBANK, N.A. | Operating Account | XXXX 0572 | $ (3,324.69) |
| 9 | CITIBANK, N.A. | Payroll Account | XXXX 0585 | $ 168,175.30 |
| 10 | CITIBANK, N.A. | 401(K) Account | XXXX 3621 | $ 46.32 |

$ 450,369.47

# GULFSTREAM CRANE, LLC

## CASE NO. 09-37091-RBR

### Exhibit "B"

### Schedule B-3

| NO | VENDOR | DESCRIPTION | DEPOSIT |
|----|--------|-------------|---------|
| 1 | FPL | ELECTRIC | $5,099.00 |
| 2 | BOBBY GILES | LANDLORD | $10,000.00 |
| 3 | FLORIDA DEPT OF REVENUE | SALES TAX | $3,000.00 |
| 4 | WRIGHT EXPRESS FUEL CARDS | FUEL ACCOUNT | $25,000.00 |
|   | CITY OF HOUSTON WATER DEPT | WATER FOR HOUSTON YARD | $237.83 |
|   |  |  | $43,336.83 |

B 6B (Official Form 6B) (12/07) -- Cont.

In re  Gulfstream Crane, LLC                          ,          Case No.  09-37091-RBR
                    **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | See attached Exhibit "C" | | 3,872,868.17 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |

GULFSTREAM CRANE, LLC

CASE NO. 09-37091-RBR

Exhibit "C"

Schedule B-16

**General Crane USA**

## A/R Aging Summary
As of December 8, 2009

| Current | 1 - 90 | 91 - 180 | 181 - 270 | 271 - 360 | > 360 |
|---|---|---|---|---|---|
| 55,500.00 | 90,000.00 | 195,867.70 | 118,108.00 | 13,597.19 | 206,819.95 |
| 55,500.00 | 90,000.00 | 195,867.70 | 118,108.00 | 13,597.19 | 206,819.95 |
| | | | | | |
| 0.00 | 7,380.00 | 74,220.00 | 204,255.50 | 186,997.50 | 0.00 |
| 0.00 | 54,500.00 | 0.00 | 8,200.00 | 0.00 | -0.75 |
| 0.00 | 1,650.00 | 0.00 | 12,762.50 | 0.00 | 0.00 |
| 0.00 | 0.00 | 960.00 | 10,275.00 | 0.00 | 0.00 |
| 0.00 | 63,530.00 | 75,180.00 | 235,493.00 | 186,997.50 | -0.75 |
| | | | | | |
| 60,000.00 | 104,237.25 | 84,472.52 | 87,334.40 | 17,488.40 | 3,400.00 |
| 0.00 | -11,745.62 | 0.00 | 0.00 | 0.00 | 196,900.51 |
| 60,000.00 | 92,491.63 | 84,472.52 | 87,334.40 | 17,488.40 | 200,300.51 |
| | | | | | |
| 0.00 | 330,977.50 | 3,390.16 | 0.00 | 190.00 | 49,371.75 |
| 38,681.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 38,681.25 | 330,977.50 | 3,390.16 | 0.00 | 190.00 | 49,371.75 |
| | | | | | |
| 37,200.00 | 111,600.00 | 111,600.00 | 38,400.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 48,000.00 | 0.00 | 0.00 | 0.00 |
| 20,625.00 | 41,250.00 | 0.00 | -20,625.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 1,882.67 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 57,825.00 | 152,850.00 | 159,600.00 | 17,775.00 | 1,882.67 | 0.00 |

Case 09-37091-RBR   Doc 53   Filed 12/30/09   Page 10 of 23

| Current | 1 - 90 | 91 - 180 | 181 - 270 | 271 - 360 | > 360 |
|---|---|---|---|---|---|
| 7,749.00 | 23,247.00 | 23,247.00 | 23,247.00 | 23,247.00 | 152,579.89 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 105,322.24 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30,997.55 |
| 7,749.00 | 23,247.00 | 23,247.00 | 23,247.00 | 23,247.00 | 288,899.68 |
| 73,821.00 | 231,118.75 | 0.00 | 0.00 | 0.00 | 0.00 |
| 73,821.00 | 231,118.75 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10,000.00 | 16,605.67 | 10,571.52 | 24,935.78 | 23,800.49 | 43,035.82 |
| 0.00 | 14,542.19 | 20,306.27 | 10,491.62 | 22,790.30 | 42,120.36 |
| 0.00 | 0.00 | 0.00 | 0.00 | 29,491.34 | 0.00 |
| 0.00 | 0.00 | 10,862.75 | 0.00 | 0.00 | 0.00 |
| 10,000.00 | 31,147.86 | 41,740.54 | 35,427.40 | 76,082.13 | 85,156.18 |
| 15,925.00 | 198,412.17 | 4,688.00 | 0.00 | 0.00 | 0.00 |
| 9,300.00 | 26,500.00 | 600.00 | 0.00 | 0.00 | 0.00 |
| 25,225.00 | 224,912.17 | 5,288.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 103,668.72 | 110,000.00 | 0.00 | 0.00 | -4,125.00 |
| 0.00 | 103,668.72 | 110,000.00 | 0.00 | 0.00 | -4,125.00 |
| 0.00 | 0.00 | 500.00 | 24,804.00 | 13,197.00 | 140,268.77 |
| 0.00 | 5,486.84 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 5,486.84 | 500.00 | 24,804.00 | 13,197.00 | 140,268.77 |
| 62,200.00 | 27,580.00 | 15,236.98 | 0.00 | 0.00 | 0.00 |
| 0.00 | 32,575.00 | -141.60 | 0.00 | 0.00 | 0.00 |

| Current | 1 - 90 | 91 - 180 | 181 - 270 | 271 - 360 | > 360 |
|---|---|---|---|---|---|
| 0.00 | 11,432.01 | 0.00 | 0.00 | 0.00 | 0.00 |
| 62,200.00 | 71,587.01 | 15,095.38 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| 0.00 | 40,741.67 | 0.00 | 7,311.20 | 3,281.62 | 15,277.77 |
| 0.00 | 0.00 | 0.00 | 0.00 | 106.00 | 28,754.01 |
| 2,450.00 | 19,110.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 21,211.69 |
| 412.50 | 0.00 | 0.00 | -151.55 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | | | 0.00 |
| 2,862.50 | 59,851.67 | 0.00 | 7,159.65 | 3,387.62 | 65,243.47 |
| | | | | | |
| 9,006.97 | 0.00 | 0.00 | 0.00 | 0.00 | 126,337.93 |
| 0.00 | 51,030.70 | 12,330.00 | 27,125.40 | 44,413.75 | 184.25 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 126,991.76 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 126,991.76 |
| | | | | | |
| 95,403.88 | 4,730.00 | 0.00 | 0.00 | 18,500.01 | 0.00 |
| 95,403.88 | 4,730.00 | 0.00 | 0.00 | 18,500.01 | 0.00 |
| | | | | | |
| 51,745.00 | 48,465.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 51,745.00 | 48,465.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| 16,500.00 | 49,500.00 | 885.00 | 0.00 | 0.00 | 0.00 |
| 9,500.00 | 19,000.00 | 1,305.83 | 0.00 | 0.00 | 0.00 |
| 26,000.00 | 68,500.00 | 2,190.83 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| 0.00 | 906.48 | 0.00 | 51,509.23 | 15,903.43 | 27,789.11 |

| Current | 1 - 90 | 91 - 180 | 181 - 270 | 271 - 360 | > 360 |
|---|---|---|---|---|---|
| 0.00 | 906.48 | 0.00 | 51,509.23 | 15,903.43 | 27,789.11 |
| 25,700.00 | 57,890.20 | 0.00 | 0.00 | 0.00 | 0.00 |
| 25,700.00 | 57,890.20 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5,498.13 | 77,897.01 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 6,666.67 | 48,327.82 | 1,463.69 |
| 23,474.28 | 0.00 | 2,262.43 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 254.50 | 0.00 |
| 23,474.28 | 0.00 | 2,262.43 | 6,666.67 | 48,582.32 | 1,463.69 |
| 31,381.48 | 33,850.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 31,381.48 | 33,850.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 27,497.50 | 4,323.24 | 0.00 | 576.38 | 0.00 |
| 22,624.25 | 659.24 | 0.00 | 0.00 | 0.00 | -2,489.76 |
| 0.00 | 0.00 | 0.00 | -3,287.61 | -5,088.47 | 10,894.67 |
| 22,624.25 | 28,156.74 | 4,323.24 | -3,287.61 | -4,512.09 | 8,404.91 |
| 50,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 13,478.21 | 34,330.24 | 0.00 | 0.00 | 0.00 | 0.00 |
| 13,478.21 | 34,330.24 | 0.00 | 0.00 | 0.00 | 0.00 |
| 45,424.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5,970.25 | 16,825.00 | 15,050.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 5,300.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5,970.25 | 22,125.00 | 15,050.00 | 0.00 | 0.00 | 0.00 |

| Current | 1 - 90 | 91 - 180 | 181 - 270 | 271 - 360 | > 360 |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 40,094.75 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 40,094.75 |
| 5,754.03 | 31,961.65 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 32,610.12 | 0.00 | 0.00 | 2,202.77 | 0.00 |
| 0.00 | 32,610.12 | 0.00 | 0.00 | 2,202.77 | 0.00 |
| 6,000.00 | 17,181.82 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | 225.50 |  |  |  | 0.00 |
| 6,000.00 | 17,407.32 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14,072.50 | 0.00 | 9,000.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 285.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | -5,412.50 | 0.00 | 5,412.50 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -0.50 |
| 14,072.50 | 0.00 | 9,000.00 | -5,127.50 | 0.00 | 5,412.00 |
| 10,951.70 | 10,951.70 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10,951.70 | 10,951.70 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6,300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19,772.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Current | 1 - 90 | 91 - 180 | 181 - 270 | 271 - 360 | > 360 |
|---|---|---|---|---|---|
| 9,201.25 | 10,300.55 | 0.00 | 0.00 | 0.00 | 0.00 |
| 9,201.25 | 10,300.55 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19,485.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19,485.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 17,323.00 | 1,110.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 16,454.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 16,454.00 | 0.00 |
| 0.00 | 6,736.07 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 5,793.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 3,627.96 | 0.00 |
| 0.00 | 6,736.07 | 0.00 | 0.00 | 9,420.96 | 0.00 |
| 11,742.50 | 4,400.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3,550.00 | 12,557.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12,911.75 | 3,155.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| 13,840.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 13,297.50 | 318.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 12,395.00 | 840.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 12,395.00 | 840.00 |
| 0.00 | 0.00 | 4,013.17 | 0.00 | 8,162.75 | |
| 0.00 | 6,298.18 | 0.00 | 0.00 | 0.00 | 0.00 |
| 802.57 | 5,038.56 | 0.00 | 0.00 | 0.00 | 0.00 |
| 802.57 | 11,336.74 | 0.00 | 0.00 | 0.00 | 0.00 |

| > 360 | 271 - 360 | 181 - 270 | 91 - 180 | 1 - 90 | Current |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 2,766.67 | 6,893.16 | 1,676.49 | 0.00 |
| 0.00 | 0.00 | 2,766.67 | 6,893.16 | 1,676.49 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,000.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,000.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,702.50 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,702.50 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,200.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,200.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,592.63 |
| 0.00 | 0.00 | 0.00 | 0.00 | 3,166.50 | 6,124.25 |
| 0.00 | 0.00 | 0.00 | 0.00 | 8,652.50 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,629.08 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,629.08 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,500.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,500.00 |
| 6,700.00 | 1,402.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 4,508.90 | 3,510.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 2,756.00 | 5,158.00 |
| 0.00 | 0.00 | 0.00 | 7,713.00 | 0.00 | 0.00 |

| Current | 1 - 90 | 91 - 180 | 181 - 270 | 271 - 360 | > 360 |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 7,713.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 7,055.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 7,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 7,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5,217.50 | 930.00 | 2,836.62 | 4,029.93 | 0.00 | 0.00 |
| 5,953.75 | 0.00 | 2,836.62 | 4,029.93 | 0.00 | 0.00 |
| 5,953.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3,951.25 | 1,644.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 5,388.75 | 0.00 | 0.00 | 0.00 | 0.00 |
| 951.00 | 3,872.20 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2,774.00 | 1,990.80 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4,400.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 4,264.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 4,050.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 4,034.12 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 4,006.80 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 3,794.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 3,677.85 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3,422.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3,400.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3,360.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 3,335.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3,320.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2,665.90 | 550.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Current | 1 - 90 | 91 - 180 | 181 - 270 | 271 - 360 | > 360 |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2,469.90 | 413.40 | 3,180.00 | 0.00 | 0.00 | 0.00 |
| 1,025.00 | 1,842.75 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 2,343.61 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 |
| 0.00 | 0.00 | 2,343.61 | 0.00 | 0.00 | 500.00 |
| 2,829.13 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2,800.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 2,544.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4,778.88 | 0.00 | 0.00 | -2,345.42 | 0.00 | 0.00 |
| 4,778.88 | 0.00 | 0.00 | -2,345.42 | 0.00 | 0.00 |
| 0.00 | 2,312.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 1,482.69 | 360.00 | 0.00 | 381.60 | 0.00 |
| 0.00 | 1,482.69 | 360.00 | 0.00 | 381.60 | 0.00 |
| 2,200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 800.00 | 1,208.40 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 1,982.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1,980.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1,520.00 | 442.15 | 0.00 | 0.00 | 0.00 | 0.00 |
| 400.00 | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 1,894.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1,610.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 1,574.10 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,454.85 |
| 1,400.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 1,360.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Current | 1 - 90 | 91 - 180 | 181 - 270 | 271 - 360 | > 360 |
|---|---|---|---|---|---|
| 1,216.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 1,208.40 | 0.00 | 0.00 | 0.00 | 0.00 |
| 763.20 | 424.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 1,160.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 1,144.80 | 0.00 | 0.00 | 0.00 | 0.00 |
| 787.50 | 299.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1,045.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1,011.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 969.90 | 0.00 | 0.00 | 0.00 | 0.00 |
| 954.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 928.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 918.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 901.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 887.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 804.55 | 0.00 | 0.00 | 0.00 | 0.00 |
| 787.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 723.45 | 0.00 | 0.00 | 0.00 | 0.00 |
| 687.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 405.45 | 270.30 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 652.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 652.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 598.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 572.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 572.40 | 0.00 | 0.00 | 0.00 | 0.00 |
| 540.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 525.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 520.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 445.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 402.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 333.90 | 0.00 |

| Current | 1 - 90 | 91 - 180 | 181 - 270 | 271 - 360 | > 360 |
|---|---|---|---|---|---|
| 333.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 333.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 333.90 | 0.00 | 0.00 | 0.00 | 0.00 |
| 318.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 302.00 |
| 0.00 | 299.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 275.40 | 0.00 | 0.00 | 0.00 | 0.00 |
| 270.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0.00 | -1,251,754.00 | 983,464.54 | -413,270.00 | 673,441.96 | -2,714,464.00 |
| 1,130,116.85 | 904,101.42 | 1,770,122.73 | 221,428.99 | 1,174,989.62 | -1,327,891.44 |

2:21 PM
12/29/2009

TOTAL

| | |
|---|---|
| 679,892.84 | |
| 679,892.84 | |
| | |
| 472,853.00 | |
| 62,699.25 | |
| 14,412.50 | |
| 11,235.00 | |
| 561,199.75 | |
| | |
| 356,932.57 | |
| 185,154.89 | |
| 542,087.46 | |
| | |
| 383,929.41 | |
| 38,681.25 | |
| 422,610.66 | |
| | |
| 298,800.00 | |
| 48,000.00 | |
| 41,250.00 | |
| 1,882.67 | |
| 0.00 | |
| 389,932.67 | |

Case 09-37091-RBR    Doc 53    Filed 12/30/09    Page 21 of 23

| TOTAL | |
|---|---|
| 253,316.89 | |
| 105,322.24 | |
| 30,997.55 | |
| 389,636.68 | |
| | |
| 304,939.75 | |
| 304,939.75 | |
| | |
| 128,949.28 | |
| 110,250.74 | |
| 29,491.34 | |
| 10,862.75 | |
| 279,554.11 | |
| | |
| 219,025.17 | |
| 36,400.00 | |
| 255,425.17 | |
| | |
| 209,543.72 | |
| 209,543.72 | |
| | |
| 178,769.77 | |
| 5,486.84 | |
| 184,256.61 | |
| | |
| 105,016.98 | |
| 32,433.40 | |

| TOTAL |  |
|---|---|
| 11,432.01 |  |
| 148,882.39 |  |
|  |  |
| 66,612.26 |  |
| 28,860.01 |  |
| 21,560.00 |  |
| 21,211.69 |  |
| 412.50 |  |
| -151.55 |  |
| 138,504.91 |  |
|  |  |
| 135,344.90 |  |
| 135,084.10 |  |
|  |  |
| 126,991.76 |  |
| 126,991.76 |  |
|  |  |
| 118,633.89 |  |
| 118,633.89 |  |
|  |  |
| 100,210.00 |  |
| 100,210.00 |  |
|  |  |
| 66,885.00 |  |
| 29,805.83 |  |
| 96,690.83 |  |
|  |  |
| 96,108.25 |  |

| TOTAL | |
|---|---|
| 96,108.25 | |
| | |
| 83,590.20 | |
| 83,590.20 | |
| | |
| 83,395.14 | |
| | |
| 56,458.18 | |
| 25,736.71 | |
| 254.50 | |
| 82,449.39 | |
| | |
| 65,231.48 | |
| 65,231.48 | |
| | |
| 32,397.12 | |
| 20,793.73 | |
| 2,518.59 | |
| 55,709.44 | |
| | |
| 50,000.00 | |
| | |
| 47,808.45 | |
| 47,808.45 | |
| | |
| 45,424.00 | |
| | |
| 37,845.25 | |
| 5,300.00 | |
| 43,145.25 | |