EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                              Case Nos.: 09-37091-BKC-RBR

GULFSTREAM CRANE, LLC                               Chapter 11

     Debtor,
_____/

### ORDER GRANTING DEBTOR'S APPLICATION FOR EMPLOYMENT OF FINANCIAL ADVISORS NUNC PRO TUNC TO JANUARY 20, 2010

**THIS CAUSE** came before the Court on February _, 2010 upon the Debtor's *Application for Employment of Financial Advisors Nunc Pro Tunc to January 20, 2010* (the "Application") (D.E. #__) and upon the *Affidavit of Proposed Financial Advisor to the Debtor* (the "Affidavit"). Upon the representations that MorrisAnderson & Associates, Ltd. ("Morris Anderson") and Dan Dooley ("Dooley") hold no interest adverse to the estate in the matters on which they are to be engaged; that Morris Anderson and Dooley are disinterested persons as required by 11 U.S.C. § 327(a) and have disclosed any connections with parties set forth in FRBP 2014; that their

employment is necessary and would be in the best interests of the estate; having heard argument of counsel; and being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1. The Application is **GRANTED**.

2. The Debtor is authorized to retain Morris Anderson and Dooley pursuant to 11 U.S.C. §§ 327 and 330, on the terms set forth in the Application and Affidavit, effective upon the terms of this Order *nunc pro tunc* to January 20, 2010.

3. Morris Anderson shall be entitled to file applications for an award of fees and reimbursement of costs consistent with 11 U.S.C. § 330 and Rule 2016, Federal Rules of Bankruptcy Procedure. Any fees and costs awarded by the Court shall be paid as directed by the Court.

4. The Court shall retain jurisdiction to hear and determine all matters arising from implementation of this Order.

###

Submitted by:

Michael D. Seese, Esq.
Hinshaw & Culbertson, LLP
One East Broward Blvd., Suite 1010
Ft. Lauderdale, FL  33301-1804
Phone#:  (954) 467-7900
Fax#:  (954) 467-1024

Attorney Seese is directed to serve a copy of this order upon all appropriate parties. and to file a certificate of service with the Clerk of the Court.