

**ORDERED in the Southern District of Florida on February 03, 2010.**

*Raymond B. Ray, Judge*
*United States Bankruptcy Court*

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

| | |
|---|---|
| IN RE: | Case No.: 09-37091-BKC-RBR |
| GULFSTREAM CRANE, LLC | Chapter 11 |
| Debtor, | |
| _____/ | |

**ORDER GRANTING DEBTOR'S APPLICATION FOR EMPLOYMENT OF**
**FINANCIAL ADVISORS NUNC PRO TUNC TO JANUARY 20, 2010**

**THIS CAUSE** came before the Court on February 2, 2010 at 9:30 a.m. upon the Debtor's *Application for Employment of Financial Advisors Nunc Pro Tunc to January 20, 2010* (the "Application")(D.E. #89), and upon the *Affidavit of Proposed Financial Advisor to the Debtor* (the "Affidavit"). The Court, upon the representations that Morris Anderson & Associates, Ltd. ("Morris Anderson") and Dan Dooley ("Dooley") hold no interest adverse to the estate in the matters on which they are to be engaged; that Dooley and Morris Anderson are disinterested persons as required by 11 U.S.C. § 327(a) and have disclosed any connections with parties set forth in Federal Rule of Bankruptcy Procedure 2014; that their employment is necessary and

2

would be in the best interests of the estate, having heard arguments of counsel, and being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1. The Application is **GRANTED**.

2. The Debtor is authorized to retain Morris Anderson and Dooley pursuant to 11 U.S.C. §§ 327 and 330, on the terms set forth in the Application and Affidavit, effective upon the terms of this Order *nunc pro tunc* to January 20, 2010.

3. Morris Anderson is authorized to receive payment in the amount of $30,000.00 as a retainer ("Retainer") in the above-captioned case, against which Morris Anderson is authorized to draw fees and costs awarded by this Court and as set forth in the Application.

4. Any fees and costs awarded by the Court shall be paid as directed by the Court following full depletion of the Retainer.

5. Morris Anderson shall be entitled to file applications for an award of fees and reimbursement of costs consistent with 11 U.S.C. § 330 and Federal Rule of Bankruptcy Procedure 2016. Any fees and costs awarded by the Court shall be paid as directed by the Court.

6. The Court shall retain jurisdiction to hear and determine all matters arising from implementation of this Order.

###

Submitted by:

Michael D. Seese, Esq.
Hinshaw & Culbertson, LLP
One East Broward Blvd., Suite 1010
Ft. Lauderdale, FL  33301-1804
Phone#:  (954) 467-7900
Fax#:  (954) 467-1024

Copies to:
Michael D. Seese, Esq. is directed to serve a copy of this order upon all interested parties.